UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUAN MORALES,

                Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF
CORRECTIONS,
CORRECTION OFFICER #1, and
CORRECTION OFFICER #2,

                Defendants.
------------------------------------------------------------X

**ORDER**
**10-CV-1615 (ARR)(ALC)**

**CARTER, United States Magistrate Judge:**

Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The Clerk of Court shall send a copy of this Order and the complaint to the New York City Law Department and to Plaintiff. No summonses shall issue at this time.

Plaintiff, Juan Morales, brings this *pro se* civil rights action alleging that on January 6, 2010 he was assaulted by unnamed corrections officers at Rikers Island. He requested medical attention, which was not received until several hours later. He further alleges that he was subsequently harassed and threatened not to report the incident. (Compl. at 7). He states that a member of the medical staff prepared a report and that "Ms. Reed from the board of correction" took information and photos on January 7, 2010. (Compl. at 7-8). "Approximately a month and [one] half later the board of correction came to interview me." (Compl. at 8).

Pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d. Cir. 1997) (per curiam), the Court requests that Corporation Counsel ascertain the full name and service address of the John Doe Corrections Officers who were involved in the January 6, 2010 incident and were described in the Complaint. Corporation Counsel need not undertake to defend or indemnify these individuals

at this juncture. This Order merely provides a means by which plaintiff may name and properly serve the defendants as instructed by the Second Circuit in <u>Valentin</u>.

Corporation Counsel is hereby requested to produce the information specified above regarding the identity and service addresses of the John Doe Corrections Officers within 30 days of the date of this Order. Once this information is provided, Plaintiff's complaint shall be deemed amended to reflect the full names of the defendants, summonses shall be issued and the Court shall direct service on the defendants.

**SO ORDERED.**

/S/
_____
HON. ANDREW L. CARTER, Jr.
United States Magistrate Judge

Dated: April 15, 2010
Brooklyn, New York

2